**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JOHN RICE,** ) | |
|        **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:05-CV-746-D** |
| ) | |
| **MADONNA RITCHIE, ET AL.,** ) | |
|        **Defendants.** ) | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed June 30, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE